Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ARTURO MAGANA-RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | NO. 25-CV-1104 JCC<br><br>[~~Proposed~~]<br><br>ORDER EXTENDING TIME TO FILE § 2255 ANSWER |

For good cause shown, the Court GRANTS the United States' request to extend the filing deadline (**Dkt 13**) for its answer to Luis Arturo Magana-Ramirez' 28 U.S.C. § 2255 motion. The answer is due February 23, 2026.

SO ORDERED.

DATED this 4th day of November, 2025.

_____
JOHN C. COUGHENOUR
United States District Judge

PRESENTED BY:

*s/ Amy Jaquette*
AMY JAQUETTE
Assistant United States Attorney

[~~Proposed~~] Order Extending Time to File § 2255 Answer - 1
*United States v. Magana-Ramirez* / 25-CV-1104 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970